

# Fourth Court of Appeals
## San Antonio, Texas

March 2, 2015

No. 04-14-00868-CR

Vanessa Z. **SALAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR9364B
Honorable Ray Olivarri, Judge Presiding

## O R D E R

Appellant Vanessa Zuniga Salas's court-appointed attorney has filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which she asserts there are no meritorious issues to raise on appeal. Counsel sent copies of the brief and motion to withdraw to Salas and explained to Salas her rights to review the record, file a pro se brief, and file a pro se petition for discretionary review if this court determines the appeal is frivolous. *See Kelly v. State*, 436 S.W.3d 313 (Tex. Crim. App. 2014). In addition, counsel provided appellant a complete copy of the appellate record. *See id.*

If Salas desires to file a *pro se* brief, we **order** that she do so on or before **April 1, 2015**. If appellant files a timely *pro se* brief, the State may file a responsive brief no later than thirty days after appellant's *pro se* brief is filed in this court. Alternatively, if appellant does not file a timely *pro se* brief, the State may file a brief in response to counsel's brief no later than **May 1, 2015**.

We further **order** the motion to withdraw filed by appellant's counsel is held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80-82 (1988) (holding that a motion to withdraw should not be ruled on before appellate court independently reviews the record to determine whether counsel's evaluation that the appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410-11 (Tex. Crim. App. 2008) (same); *see also Kelly*, 436 S.W.3d at 319 (appointed counsel's duties of representation do not cease when he files a motion to withdraw; counsel must continue to "act with competence, commitment and dedication to the interest of the client" until the court of appeals grants the motion). Accordingly, no new attorney will be appointed for appellant at this time.

We further **order** the clerk of this court to serve a copy of this order on appellant, her counsel, the attorney for the State, and the clerk of the trial court.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of March, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court